THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROBERT JOHNSON, Petitioner-Appellant.

(No. 58029; ▮▮▮▮▮▮▮)

First District (2nd Division)—April 17, 1973.

PER CURIAM.

Jeffrey J. Kennedy, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Bernard S. Armel, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDGAR ROSS, Defendant-Appellant.

(No. 54857; ▮▮▮▮▮▮▮)

First District (4th Division)—April 18, 1973.